BEFORE THE SECOND DIVISION, SEPTEMBER 14, 1938

**No. 39350.**—Protest 105409–G of R. H. Macy & Co., Inc. (New York).

Opinion by TILSON, J. Embroidered articles in part of lace similar to the merchandise involved in *Pustet* v. *United States* (13 Ct. Cust. Appls. 530, T. D. 41396) and embroidered silk veils and trimmings like the merchandise the subject

of *United States* v. *Ramig* (17 C. C. P. A. 365, T. D. 43809) were held dutiable at 75 percent under paragraph 1430 as claimed.